## (April 5, 1963)

In the Matter of PEASE OIL COMPANY et al., Petitioners, v. STATE TAX COMMISSION, Respondent.— Decision of January 28, 1963 (ante, p. 867) amended as follows: Motion to dismiss appeal granted unless petitioners file and serve record, brief and note of issue for term commencing April 29, 1963. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.